**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-63099-CIV-SMITH**

MARLOWE D. ROBINSON,

      Plaintiff,

vs.

BROWARD COUNTY
SCHOOL DISTRICT

      Defendant.

_____/

## ORDER

This matter comes before the Court upon *pro se* Plaintiff's Sealed *Ex Parte* Motion for Extension of Time to Respond to Defendant's Motion to Dismiss [DE 25].  The Motion does not follow the procedures set forth in the Local Rules for sealed or *ex parte* filings, *see* S.D. Fla. L.R. 5.4, nor does it contain any sensitive material or information requiring the Motion being sealed in order to rebut the presumptive common-law right of access to judicial proceedings.  *See Medina v. United Christian Evangelistic Ass'n of Fla.*, *LLC*, No. 08-22111-CIV, 2010 WL 5392661, at *1 (S.D. Fla. Dec. 21, 2010).  Additionally, the Motion fails to comply with the conferral requirements of Local Rule 7.1 (a)(3).  It is therefore

      **ORDERED** that

1.     The Motion [DE 25] is **DENIED WITHOUT PREJUDICE.**

2.     The Clerk of the Court is directed to unseal the Motion [DE 25].

3.     Any further motions filed by Plaintiff, or any other *pro se* party, must follow the Court's attached instructions to *pro se* litigants.  *See* Exhibit A.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 19th day of May, 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record and *pro se* Plaintiff, Marlowe D. Robinson